

April 11, 2016

<u>By ECF Filing</u>

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re:   *Monster Patents, Inc. v. ComQi Inc.*, Case No. 1:16-cv-1956 (GHW):
       <u>Request on Consent to Extend Defendant's Time to Respond to the Complaint</u>

Dear Judge Woods:

The undersigned is counsel for defendant ComQi Inc. in the above-referenced action.  We write to request an extension of the deadline from April 12, 2016 until May 30, 2016 for defendant to answer or otherwise respond to the complaint in this action.  This is defendant's first request for an extension.  Plaintiff has consented to the extension.

We are seeking this extension because defendant retained our firm only last week and we need additional time to review the allegations of the complaint in this patent infringement litigation and prepare an appropriate response.

There is currently an initial pre-trial scheduling conference set in this matter for May 23, 2016.  The parties by this letter do not seek an adjournment of this conference.

Sincerely,

/s/Mitchell C. Stein

Mitchell C. Stein
Direct line: 212.660.3042
mstein@sandw.com

cc:   Robert Epstein, Esq.
      (Counsel for Plaintiff)

BOSTON   LONDON   NEW YORK   WASHINGTON, DC